## No. 189
### ELIJAH BRUSH
v.
### WILLIAM BUCKLEN [BUCKLAND]

*October 2, 1809*

*Held:* (Woodward, C. J., dissenting)

A law authorizing a summary trial, without a jury, in cases where the value in controversy exceeds twenty dollars, being adopted from an original state, is good in a territorial government.

Elijah Brush, *for himself*

Solomon Sibley, *attorney for defendant in error*